UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

v.                                                        10-1146-JGD


Roger O'Connor


## ORDER

November 24, 2010

DEIN, M.J.

The parties, by way of that joint motions( Docket No #7, #8 and #9), seek

excludable time under the Speedy Trial Act, this court does not have the authority to

grant the relief requested, and that matter – relating to the period of time within which an

indictment must be brought – must be brought to the miscellaneous business docket.


_____/ s / Judith Gail Dein_____
Judith Gail Dein
United States Magistrate Judge